FILED 16 SEP '24 15:25 USDC-ORE

_____ Name
_____ Address
_____ Address
_____ Address
_____ City State and Zip
_____ Phone
_____ for [Plaintiff/Defendant]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

Jamie John-crane

Plaintiff(s),

v.

_____

_____

_____

_____

_____

Defendant(s).

_____

Case No.: 6 : 24-cv- 942 -

UCC1 Filing
DOCUMENT TITLE
Proof of ownership
Public notice
Vehicles held in trust

Dated: 9-13-24

_____
Name

1

■■■■■■■■■
■■■■■■■■■
■■■■■■■■■

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

FILED 16 SEP '24 15:25 USDC-ORE

6:24-MC-942

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
| --- |
| B. E-MAIL CONTACT AT SUBMITTER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

⌐Jamie Christina:John-Crane, TTEE
 c/o 1292 High Street #1161
 Eugene, Oregon [97401]⌐

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| JAMIE CHRISTINA JOHN-CRANE | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1292 High Street #1161 | Eugene | OR | 97401 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| John-Crane | Jamie Christina | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 514 Americas Way #22153 | Box Elder | SD | 57714 | |

4. COLLATERAL: This financing statement covers the following collateral:

The following property is accepted for value, exempt from levy, and herewith registered in the Commercial Chamber and liened at the sum certain $2,000,000.00 (Two Million Dollars) and is the property (conveyance) of the Secured Party as authoried representative of the Debtor and property is not used in commerce upon the highways and is exempt from the state MVD/Code Registration Statutes.

Property described as: 2023 Ford Bronco, VIN 1FMEE4DPXPLB56790, Color: White; 2023 Toyota Prius, VIN JTDADABU5P3001667, Color: White; 2023 Toyota Tundra Platinum, VIN 5FTNA5DBPX112175, Color: Grey.

Before any of the above property can be disbursed of, or otherwise remved from the DEBTOR'S possession, Secured Party must be satisfied in full dishonor via Settlement Agreement via Certified Bank Check, Cash, Zelle, or CashApp, and acknowledgement of same by DMV/DOT.

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | | being administered by a Decedent's Personal Representative |
| --- | --- | --- |
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility | | ☑ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | |

By: Jamie-Christina: John-Crane, TTEE
Without Recourse UCC1-308

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
JAMIE CHRISTINA JOHN-CRANE

OR
9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

**Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR
10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
JCJC Living Rvoc Tr.

OR
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1292 High Street #1161 | Eugene | OR | 97401 | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:
Property described as:
2023 Ford Bronco, VIN 1FMEE4DPXPLB56790,
Color: White;
2023 Toyota Prius, VIN JTDADABU5P3001667, Color:
White;
2023 Toyota Tundra Platinum, VIN
5FTNA5DBPX112175, Color: Grey.

17. MISCELLANEOUS:

By: Jamie -Christina : John-crane, TTEE
Without Recourse UCC1-308

FILING PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**JAMIE CHRISTINA JOHN-CRANE**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
**JAMIE CHRISTINA JOHN-CRANE PRIVATE BANK E&T**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1292 High Street #1161 | Eugene | OR | 97401 | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:
Property described as:
2023 Ford Bronco, VIN 1FMEE4DPXPLB56790, Color: White;
2023 Toyota Prius, VIN JTDADABU5P3001667, Color: White;
2023 Toyota Tundra Platinum, VIN 5FTNA5DBPX112175, Color: Grey.

17. MISCELLANEOUS:

By: *Jamie-Christina: John-crane, TTEE*
*Without Recourse UCC1-308*

T23399

# CERTIFICATE OF ORIGIN FOR A VEHICLE



TOYOTA MOTOR SALES, U.S.A., INC.

**DATE**
03-31-2023

**INVOICE NO**
5432786

**VEHICLE IDENTIFICATION NO**
JTDADABU5P3001667

**YEAR**
2023

**MAKE**
TOYOTA

**BODY TYPE**
XLE AWD

**SHIPPING WEIGHT**
3,263

| H.P (SAE) | G.V.W R | NO CYLS | SERIES OR MODEL |
|---|---|---|---|
| 191 | 4275 | 4 | PRIUS |

**ENGINE NO.**
M20A-5872632

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC**

DHT CORPORATION
DBA DICK HANNAH TOYOTA
2632 COWEEMAN PARK DRIVE
P.O. BOX 1679 (ZIP 98668)
KELSO      WA 98626

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

CERTIFIED FOR SALE IN ALL
50 STATES OF THE U.S.A.

TOYOTA MOTOR SALES, U.S.A., INC.

BY. _(signature)_

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

President-Toyota Motor Sales

(AGENT)

T019947032

PORTLAND, OR.

CITY - STATE

2552 (06/09)

# USED VEHICLE BILL OF SALE

**cARMaX**®

DEALER #: DA4194

750 SE JOHNSON ROAD
LWAUKIE, OR 97222

In this Used Vehicle Bill of Sale ("Contract"), the words "you" and "your" means anyone signing t Contract as a Buyer or Co-Buyer. The words "CarMax," "we," "us," and "our" means the Sell CarMax Auto Superstores, Inc.

| iyer JCJC LIVING RVOC TR | | | |
|---|---|---|---|
| Name | | Address | Zip Code |
| ﹢Buyer N/A | N/A | | |
| Name | | Address | Zip Code |
| irage Address (if different from above): | N/A | | |
| | | Address | Zip Code |

ɔu are purchasing this used vehicle (the "Vehicle"):

ɛar: 2023   Make: TOYOTA
odel: PRIUS   Body Style: 4D HATCHBACK
:ock No.: 25860020   Mileage: 19,020
IN: JTDADABU5P3001667

ability insurance is not included. You attest that you urrently maintain or have arranged for at least the inimum motor vehicle liability insurance required by state w with this insurance company:

isurance Co. ﹡﹡﹡﹡﹡﹡﹡﹡
olicy No. ﹡﹡﹡﹡﹡﹡   Eff. Date 07/02/2024
gent Name ﹡﹡﹡﹡﹡﹡   Phone ﹡﹡﹡﹡﹡﹡
ddress ﹡﹡﹡﹡﹡﹡
ity/State/Zip ﹡﹡﹡﹡﹡﹡

. Trade-In Credit is being credited for the following ehicles ("Trade-In"):

ʼear: N/A   Make: N/A
lodel: N/A   Body Style: N/A
ʼIN: N/A   Mileage: N/A

ʼear: N/A   Make: N/A
lodel: N/A   Body Style: N/A
ʼIN: N/A   Mileage: N/A

**imited Warranty:** The Vehicle is covered by CarMax's imited Warranty for 90 days or 4,000 miles, whichever omes first. The Limited Warranty is part of this Contract. ʼlease read the Limited Warranty for important details.

**imitation of Warranties: CARMAX MAKES NO :XPRESS WARRANTIES OTHER THAN THE LIMITED VARRANTY. TO THE EXTENT PERMITTED BY LAW, ʌNY AND ALL IMPLIED WARRANTIES, INCLUDING ʼHE IMPLIED WARRANTIES OF MERCHANTABILITY ʌND FITNESS, APPLICABLE TO THE VEHICLE AND ʼRODUCTS SOLD HEREUNDER ARE LIMITED TO THE ʼURATION OF THE LIMITED WARRANTY.** To the extent ᵖermitted by law, CarMax shall not be liable for any

| | ITEMIZATION OF PURCHASE | | |
|---|---|---|---|
| 1. | Base Price of Vehicle | $ | 36,99: |
| 2. | Accessories | $ | |
| 3. | Additional Charges | ﹡﹡ | ﹡﹡﹡ |
| | a. Optional Extended Service Contract | $ | 1,69 |
| | b. N/A | $ | |
| | c. N/A | $ | |
| | d. N/A | $ | |
| | e. N/A | $ | |
| | f. N/A | $ | |
| | g. Trip Permit Fee | $ | 3 |
| | h. N/A | $ | |
| | i. N/A | $ | |
| | j. N/A | $ | |
| | k. N/A | $ | |
| | l. N/A | $ | |
| | m. N/A | $ | |
| | n. N/A | $ | |
| | o. N/A | $ | |
| | Total Additional Charges | $ | 1,7: |
| 4. | Total Contract Price (1 + 2 + 3) | $ | 38,7: |
| 5. | Trade-In Allowance | | |
| | a. Total Trade-In Credit Amount | $ | |
| | b. Amount of Trade-In to Buyer | $ | |
| | c. Discharge of Lien on Trade-In | $ | |
| | To: N/A | $ 0.00 | |
| | To: N/A | $ 0.00 | |
| | d. Applied Equity to Purchase (5a - 5b - 5c) | $ | |
| | e. Remaining Liability for Trade-In to CarMax where 5c is greater than 5a | $ | |
| 6. | Total Contract Amount Due ((4 + 5e) - 5d) | $ | 38,7: |
| 7. | Payments Made Toward Purchase | | |
| | a. Down Payment | $ | 40,0 |
| | ᵇ. N/A | $ | |

products, loss of time, inconvenience or commercial loss, or any other incidental or consequential damages. Any and all warranties are extended only to the original purchaser(s). SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

SOME STATES DO NOT ALLOW FOR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

| | Mail Refund | | |
|---|---|---|---|
| | Total Payments Made Toward Purchase (a + b - c) | $ | 38,7 |
| 8. | Other Credits | | |
| | a.   N/A | $ | |
| 9. | Net Balance Due from the Buyer (6 - (7 + 8a)) | $ | |

Cash  X   Financed  N/A   Finance Co.  N/A

**SAFETY RECALLS:** YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED THE SAFETY RECALL STATUS BEFORE PURCHAS THE VEHICLE. CARMAX URGES BUYER TO HAVE ANY SAFETY RECALL WORK DONE IMMEDIATELY FOLLOWING PURCH CARMAX ASSUMES NO RESPONSIBILITY TO INSPECT FOR, REPAIR OR IMPLEMENT RECALLS.

You acknowledge that you have reviewed a vehicle history report for the Vehicle. You also acknowledge that the Vehicle has the fol prior uses, as known at the time of delivery, as:

N/A

By signing, you acknowledge reading the entire Contract (three pages), including any incorporated agreements and the Arbi Provision, and agree to be bound by all of this Contract's terms and conditions. You certify to being 18 years of age or older and to re a fully completed copy of this Contract. This Contract is not binding upon either CarMax or you until signed by an authorized C representative.

| | |
|---|---|
| BUYER SIGNATURE | 08/12/2024 <br> DATE |

CO-BUYER SIGNATURE                                      DATE

08/12/2
DATE

CARMAX AUTHORIZED REP. NAME

CARMAX AUTHORIZED REP. SIGNATURE

Order Number: 450557
OR BO Revision Date 11/21

DMS Tracking #: 2102990 Reprint #: 0
08/12/2024 06:28 pm  1 of 3   MIS: 7285016

PFF208
Legal C

# CarMax®

**Associate:** ELIZABETH
**Category:** CUSTOMER DEPOSIT
**Customer:** JCJC LIVING RVOC TR

**Print Date:** 8/12/2024 19:32:44

**Location:** CARMAX - CLACKAMAS 7285

**Order Num:** 452480
**Stock Num:** 25860020

CERT FUNDS                                    **Amount:**    $40,030.00

**Total:**    $40,030.00



# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **CarMax Auto Superstores, Inc.** _____ , state that the odometer
(transferor's name - PRINT) **19,020** _____ (no tenths) miles and to the
(of the vehicle described below) now reads best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ I hereby certify that the odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

| MAKE | BODY TYPE | MODEL | |
|---|---|---|---|
| TOYOTA | 4D HATCHBACK | PRIUS | |
| VEHICLE IDENTIFICATION NUMBER | | STOCK NUMBER | |
| JTDADABU5P3001667 | | 25860020 | |
| COLOR | TRIM | | YEAR |
| WHITE | XLE | | 2023 |

| TRANSFEROR'S PRINTED NAME (SELLER) | | | |
|---|---|---|---|
| CarMax Auto Superstores, Inc. | | | |
| TRANSFEROR'S STREET ADDRESS | | | |
| 13750 SE JOHNSON ROAD | | | |
| CITY | STATE | ZIP CODE | |
| MILWAUKIE | OR | 97222 | |
| DATE OF STATEMENT | TRANSFEROR'S SIGNATURE (SELLER) | | |
| 08/12/2024 | X | | |
| | X   CarMax Auto Superstores, Inc. | | |
| | PRINTED NAME OF PERSON SIGNING | | |

| TRANSFEREE'S PRINTED NAME (BUYER) | | | |
|---|---|---|---|
| JCJC LIVING RVOC TR | | | |
| STREET ADDRESS | | | |
|  | | | |
| CITY | STATE | ZIP CODE | |
|  |  |  | |
| RECEIPT OF COPY ACKNOWLEDGED | | | |
| X | | 08/12/2024 | |
| TRANSFEREE'S SIGNATURE - BUYER | | DATE | |
| X   JCJC LIVING RVOC TR | | 08/12/2024 | |
| PRINTED NAME OF PERSON SIGNING | | DATE | |

F005
**WHITE - TRANSFEROR'S**          **YELLOW - TRANSFEREE'S COPY**          **PINK – CUSTOMER'S COPY**

# State of Oregon
## SECURE ODOMETER DISCLOSURE/REASSIGNMENT
### FOR USE IN THE STATE OF OREGON

**R 3995835**

State and Federal law requires an odometer disclosure when ownership is transferred for vehicles 16,000 pounds GVWR or less and model year 2011 or newer, until the vehicle is 20 years old or older. **An odometer disclosure must be completed using the back of the title, if available.** This form may also be used when the title is unavailable or assignment spaces on the back of the title are filled. Failure to complete an odometer disclosure or providing a false statement may result in fines and imprisonment. Under Oregon law, the offense of submitting a false odometer disclosure is a Class C felony (ORS 815.430).

| PLATE NUMBER | VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | STYLE | MODEL |
|---|---|---|---|---|---|
| | NTDABU5F3001667 | 2023 | TOYOTA | 4D | P |

**FIRST ASSIGNMENT OF TITLE**

I certify the vehicle described above has been transferred to the following (signature certifies to odometer disclosure and releases interest in the vehicle):

BUYER'S PRINTED NAME
JCJC LIVING RVOC TR

DATE OF SALE OR TRANSFER
08/12/2024

BUYER'S ADDRESS

ODOMETER READING (NO TENTHS)
19020

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked:

☐ The mileage stated is IN EXCESS of its mechanical li
☐ The odometer reading is NOT the actual mile
WARNING - ODOMETER DISCREPANCY

SELLER'S PRINTED NAME
CarMax

SIGNATURE

SELLER'S PRINTED NAME (IF BUSINESS, PERSON SIGNING FOR BUSINESS)

SIGNATURE

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)
13750 SE JOHNSON ROAD, MILWAUKIE, OR 97222

DEALER/WRECKER NUMBER
DA4194

TELEPHONE NUMBER
5037868887

**I am aware of the above odometer disclosure made by the seller/agent.**

BUYER'S PRINTED NAME
JC LIVING RVOC TR

SIGNATURE

**SECOND ASSIGNMENT OF TITLE**

I certify the vehicle described above has been transferred to the following (signature certifies to odometer disclosure and releases interest in the vehicle):

BUYER'S PRINTED NAME

DATE OF SALE OR TRANSFER

BUYER'S ADDRESS

ODOMETER READING (NO TENTHS)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked:

☐ The mileage stated is IN EXCESS of its mechanical
☐ The odometer reading is NOT the actual mi
WARNING - ODOMETER DISCREPANCY

SELLER'S PRINTED NAME

SIGNATURE

SELLER'S PRINTED NAME (IF BUSINESS, PERSON SIGNING FOR BUSINESS)

SIGNATURE

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

DEALER/WRECKER NUMBER

TELEPHONE NUMBER

**I am aware of the above odometer disclosure made by the seller/agent.**

BUYER'S PRINTED NAME

SIGNATURE

**THIRD ASSIGNMENT OF TITLE**

I certify the vehicle described above has been transferred to the following (signature certifies to odometer disclosure and releases interest in the vehicle):

BUYER'S PRINTED NAME

DATE OF SALE OR TRANSFER

BUYER'S ADDRESS

ODOMETER READING (NO TENTHS)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle UNLESS one of the following statements is checked:

☐ The mileage stated is IN EXCESS of its mechanic
☐ The odometer reading is NOT the actual r
WARNING - ODOMETER DISCREPANC

SELLER'S PRINTED NAME

SIGNATURE

SELLER'S PRINTED NAME (IF BUSINESS, PERSON SIGNING FOR BUSINESS)

SIGNATURE

SELLER'S ADDRESS (IF DIFFERENT FROM FRONT OF TITLE)

DEALER/WRECKER NUMBER

TELEPHONE NUMBER

**I am aware of the above odometer disclosure made by the seller/agent.**

BUYER'S PRINTED NAME

SIGNATURE

735-403A (1-23)

# CERTIFICATE OF ORIGIN FOR A VEHICLE

# TOYOTA

DATE
06-16-2023

VEHICLE IDENTIFICATION NO.
5TFNA5DB5PX112175

BODY TYPE
PLATINUM CREWMAX 5.5

HP (SAE)
389

GVWR
7285

ENGINE NO.
V35A-A217967

INVOICE NO
5786841

YEAR
2023

MAKE
TOYOTA

SHIPPING WEIGHT
5,592

NO CYLS
6

SERIES OR MODEL
TUNDRA 4X4

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer

NAME OF DISTRIBUTOR, DEALER, ETC

BELLEVUE-T, LLC
DBA MICHAEL'S TOYOTA/BELLEVUE
3080 148TH AVE. SE STE A
BELLEVUE     WA 98007

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

CERTIFIED FOR SALE IN ALL
50 STATES OF THE U.S.A.

TOYOTA MOTOR SALES, U.S.A., INC.

BY: *Jack Halli*     President-Toyota Motor Sales
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)     (AGENT)

T020279074

PORTLAND, OR
CITY - STATE

2552 (08 09)

# The Register-Guard

## Public Notices

Originally published at registerguard.com on 08/23/2024

NOTICE OF INTENT TO CLAIM OWNERSHIP

THIS NOTICE IS HEREBY GIVEN TO INFORM THE PUBLIC THAT THE VEHICLE DESCRIBED IS CURRENTLY HELD IN THE TRUST OF JCJC LIVING RVOC TR, AND WAS PURCHASED BY JAMIE C JOHN-CRANE FROM CARMAX ON 8/17/24. THE CERTIFICATE OF TITLEFOR THIS VEHICLE HAS NOT BEEN PROVIDED BY THE SELLER OR PREVIOUS TITLEHOLDER(S). 2023 TOYOTA TUNDRA PLATIUNUM, VIN 5FTNA5DB5PX112175. ANYONE WITH LEGAL CLAIM OR INTEREST IN THIS VEHICLE MUST CONTACT JAMIE C JOHN-CRANE @ JAMIEJOHN87@PROTON.ME W/IN 30 DAYS FROM INITIAL POSTING OF THIS NOTICE. FAILURE TO RESPOND W/IN TIME FRAME WILL RESULT IN JAMIE C JOHN-CRANE TAKING LEGAL ACTION TO INSTRUCT OREOGN DMV TO ISSUE A CERTIFICATE OF TITLE TO JCJC LIVING RVOC TR & JAMIE C JOHN-CRANE.

Publication Dates

L00000000

*Certified True Copy*
*9-13-24*

# The Register-Guard

## Public Notices

Originally published at registerguard.com on 08/30/2024

NOTICE OF INTENT TO CLAIM OWNERSHIP
THIS NOTICE IS HEREBY GIVEN TO INFORM THE PUBLIC THAT THE VEHICLE
DESCRIBED IS CURRENTLY HELD IN THE TRUST OF JCJC LIVING RVOC TR, AND
WAS PURCHASED BY JAMIE C JOHN-CRANE FROM CARMAX ON 8/17/24. THE
CERTIFICATE OF TITLEFOR THIS VEHICLE HAS NOT BEEN PROVIDED BY THE
SELLER OR PREVIOUS TITLEHOLDER(S). 2023 TOYOTA TUNDRA PLATIUNUM, VIN
5FTNA5DB5PX112175. ANYONE WITH LEGAL CLAIM OR INTEREST IN THIS VEHICLE
MUST CONTACT JAMIE C JOHN-CRANE @ JAMIEJOHN87@PROTON.ME W/IN 30
DAYS FROM INITIAL POSTING OF THIS NOTICE. FAILURE TO RESPOND W/IN TIME
FRAME WILL RESULT IN JAMIE C JOHN-CRANE TAKING LEGAL ACTION TO
INSTRUCT OREOGN DMV TO ISSUE A CERTIFICATE OF TITLE TO JCJC LIVING
RVOC TR & JAMIE C JOHN-CRANE.
Publication Dates
L00000000

*Certified True Copy*
*9-13-24*

# The Register-Guard

## Public Notices

Originally published at registerguard.com on 09/06/2024

NOTICE OF INTENT TO CLAIM OWNERSHIP
THIS NOTICE IS HEREBY GIVEN TO INFORM THE PUBLIC THAT THE VEHICLE
DESCRIBED IS CURRENTLY HELD IN THE TRUST OF JCJC LIVING RVOC TR, AND
WAS PURCHASED BY JAMIE C JOHN-CRANE FROM CARMAX ON 8/17/24. THE
CERTIFICATE OF TITLEFOR THIS VEHICLE HAS NOT BEEN PROVIDED BY THE
SELLER OR PREVIOUS TITLEHOLDER(S). 2023 TOYOTA TUNDRA PLATIUNUM, VIN
5FTNA5DB5PX112175. ANYONE WITH LEGAL CLAIM OR INTEREST IN THIS VEHICLE
MUST CONTACT JAMIE C JOHN-CRANE @ JAMIEJOHN87@PROTON.ME W/IN 30
DAYS FROM INITIAL POSTING OF THIS NOTICE. FAILURE TO RESPOND W/IN TIME
FRAME WILL RESULT IN JAMIE C JOHN-CRANE TAKING LEGAL ACTION TO
INSTRUCT OREOGN DMV TO ISSUE A CERTIFICATE OF TITLE TO JCJC LIVING
RVOC TR & JAMIE C JOHN-CRANE.
Publication Dates
L00000000

*Certified True Copy*
*9.13.24*

# The Register-Guard

## Public Notices

Originally published at registerguard.com on 09/13/2024

NOTICE OF INTENT TO CLAIM OWNERSHIP
THIS NOTICE IS HEREBY GIVEN TO INFORM THE PUBLIC THAT THE VEHICLE
DESCRIBED IS CURRENTLY HELD IN THE TRUST OF JCJC LIVING RVOC TR, AND
WAS PURCHASED BY JAMIE C JOHN-CRANE FROM CARMAX ON 8/17/24. THE
CERTIFICATE OF TITLEFOR THIS VEHICLE HAS NOT BEEN PROVIDED BY THE
SELLER OR PREVIOUS TITLEHOLDER(S). 2023 TOYOTA TUNDRA PLATIUNUM, VIN
5FTNA5DB5PX112175. ANYONE WITH LEGAL CLAIM OR INTEREST IN THIS VEHICLE
MUST CONTACT JAMIE C JOHN-CRANE @ JAMIEJOHN87@PROTON.ME W/IN 30
DAYS FROM INITIAL POSTING OF THIS NOTICE. FAILURE TO RESPOND W/IN TIME
FRAME WILL RESULT IN JAMIE C JOHN-CRANE TAKING LEGAL ACTION TO
INSTRUCT OREOGN DMV TO ISSUE A CERTIFICATE OF TITLE TO JCJC LIVING
RVOC TR & JAMIE C JOHN-CRANE.
Publication Dates
L00000000

*Certified True Copy*
*9-13-24*


Department of
**Revenue**
Washington State

# Buyer's Affidavit

### To Be Completed By The Buyer When The Vehicle
### Is Delivered To The Buyer Within Washington State

I, __JAMIE CHRISTINA JOHN CRANE__ , swear that:
    Name of Buyer

I am a resident of the State of __OR__ . I am not a resident of the state of

Washington and do not claim to be a resident of Washington for any purpose. My home address is

| ~~address~~ | ~~City~~ | ~~State~~ | ~~Zip~~ |
Street and Number or Rural Route    City, Town, or Post Office    State    Zip Code

On __08/17/2024__ , I purchased from __CarMax__ the following vehicle:
   Date                 Name of Seller

Make: __TOYOTA__    Model: __TUNDRA__

Year: __2023__    Serial No. (VIN): __5TFNA5DB5PX112175__

I am purchasing this vehicle for use outside Washington State. The vehicle will be removed from Washington state by the following means: **(Select and complete one)**

A. ☐ The vehicle will be driven from the seller's premises under the authority of a trip permit,

    numbered _____ , which has been issued to me by the Washington State Department of Licensing or any agency of another state that has authority to issue similar permits: or

B. ☒ The vehicle will not be used in Washington State for more than three months and has been

    licensed in the state of __Oregon__ . That state has issued to me license

    plates numbered __D13L9857__ . Those license plates are valid until __9/6/24__ .

    The plates have been affixed to the vehicle before it has left the seller's premises.

I, the undersigned buyer, understand that by completing and signing this affidavit I am swearing that I qualify for the tax-exempt purchase of the vehicle described above. In addition, I understand that false or erroneous use of this affidavit will result in liability for unpaid tax with interest and may result in additional penalties.

Service No. if Member of Armed Services: _____

Buyer's Signature: _____ Date: __8-17-24__

Witnessed by (signature): _____ Date: __8-17-24__

Witnessed by (print name): __Kota Juarez AGT carmax__

For tax assistance, visit dor.wa.gov or call 1-800-647-7706. To inquire about the availability of this document in an alternate format for the visually impaired, please call (360) 705-6715. Teletype (TTY) users may call 1-800-451-7985.

REV 27 0002 (3/13/08)

I certify that before final delivery of the vehicle described in the Buyer's Affidavit, REV 27 0002:

A. ☐ I examined trip permit No. _____ , which authorizes the vehicle's transit; or

B. ☒ License plates numbered  DB49857  , issued for the vehicle by the state of

   Oregon  , and expiring  9/6/24  , were affixed to the vehicle.

I further certify that I have examined and retained a copy of the following item(s) of documentary

evidence showing the buyer's residency in the state of  OR  :

**(Select at least one from each column)**

**Column A**

☐ Current Residential Rental Agreement
☐ Property Tax Statement from current or previous year
☐ Utility bill dated within the previous two months

☐ State Income Tax Return from previous year

☐ Voter Registration Card

☐ Current credit report

☒ Other (approved by Department of Revenue)
   Bank Statement

**Column B**

☒ Driver's License # ~~696000000~~

☐ Other official picture identification # _____

(If the vehicle sold was previously licensed with Washington plates) I further certify that the Washington
state license plates were removed by _____ , agent of the seller.

8-17-24
Date

Signature of Seller or Representative

AGENT
Title — Officer of Agent

For tax assistance, visit dor.wa.gov or call 1-800-647-7706. To inquire about the availability of this document in
an alternate format for the visually impaired, please call (360) 705-6715. Teletype (TTY) users may call 1-800-451-7985.
REV 27 0003 (3/13/08)                                                                    MIS: 6040004/98002044

# CarMax

7005 NE 117TH AVE
VANCOUVER, WA 98662

## USED VEHICLE BUYER'S ORDER

In this Used Vehicle Buyer's Order ("Contract"), the words "you" and "your" means anyone signing this Contract as a Buyer or Co-Buyer. The words "CarMax," "we," "us," and "our" means the Seller, CarMax Auto Superstores, Inc.

| Buyer JAMIE CHRISTINA JOHN CRANE | | | SPRINGFIELD, OR | |
|---|---|---|---|---|
| Name | | Address | Zip Code | |
| Co-Buyer N/A | N/A | | | N/A |
| Name | | Address | Zip Code | N/A |

You are purchasing this used vehicle (the "Vehicle"):

Year: 2023   Make: TOYOTA

Model: TUNDRA   Body Style: 4D CREW CAB

Stock No.: 25880501   Mileage: 3,573

VIN: 5TFNA5DB5PX112175

Liability insurance is not included. You attest that you currently maintain or have arranged for at least the minimum motor vehicle liability insurance required by state law with this insurance company:

Insurance Co.

Policy No.   Eff. Date 07/02/2024

Agent Name   Phone

Address N/A

City/State/Zip N/A

A Trade-In Credit is being credited for the following vehicles ("Trade-In"):

Year: N/A   Make: N/A

Model: N/A   Body Style: N/A

VIN: N/A   Mileage: N/A

Year: N/A   Make: N/A

Model: N/A   Body Style: N/A

VIN: N/A   Mileage: N/A

**Limited Warranty:** The Vehicle is covered by CarMax's Limited Warranty for 90 days or 4,000 miles, whichever comes first. The Limited Warranty is part of this Contract. Please read the Limited Warranty for important details.

**Limitation of Warranties: CARMAX MAKES NO EXPRESS WARRANTIES OTHER THAN THE LIMITED WARRANTY. TO THE EXTENT PERMITTED BY LAW, ANY AND ALL IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, APPLICABLE TO THE VEHICLE AND PRODUCTS SOLD HEREUNDER ARE LIMITED TO THE DURATION OF THE LIMITED WARRANTY.** To the extent permitted by law, CarMax shall not be liable for any damages relating to the loss of use of the Vehicle or products, loss of time, inconvenience or commercial

| | ITEMIZATION OF PURCHASE | | |
|---|---|---|---|
| 1. | Base Price of Vehicle | $ | 57,998.00 |
| 2. | Accessories | $ | 0.00 |
| 3. | Additional Charges | | |
| | a. Optional Extended Service Contract | $ | 2,399.00 |
| | b. N/A | $ | 0.00 |
| | c. N/A | $ | 0.00 |
| | d. N/A | $ | 0.00 |
| | e. N/A | $ | 0.00 |
| | f. WA ESP Sales Tax | $ | 203.92 |
| | g. N/A | $ | 0.00 |
| | h. N/A | $ | 0.00 |
| | i. N/A | $ | 0.00 |
| | j. N/A | $ | 0.00 |
| | k. N/A | $ | 0.00 |
| | l. N/A | $ | 0.00 |
| | m. OR Trip Permit Fee | $ | 34.00 |
| | n. N/A | $ | 0.00 |
| | o. N/A | $ | 0.00 |
| | Total Additional Charges | $ | 2,636.92 |
| 4. | Total Contract Price (1 + 2 + 3) | $ | 60,634.92 |
| 5. | Trade-In Allowance | | |
| | a.   Total Trade-In Credit Amount | $ | 0.00 |
| | b.   Amount of Trade-In to Buyer | $ | 0.00 |
| | c.   Discharge of Lien on Trade-In | $ | 0.00 |
| | To: N/A   $   0.00 | | |
| | To: N/A   $   0.00 | | |
| | d.   Applied Equity to Purchase (5a – 5b – 5c) | $ | 0.00 |
| | e.   Remaining Liability for Trade-In to CarMax where 5c is greater than 5a | $ | 0.00 |
| 6. | Total Contract Amount Due ((4 + 5e) – 5d) | $ | 60,634.92 |
| 7. | Payments Made Toward Purchase | | |
| | a.   Down Payment | $ | 60,634.92 |
| | b.   N/A | $ | 0.00 |
| | c.   N/A | $ | 0.00 |

loss, or any other incidental or consequential damages. Any and all warranties are extended only to the original purchaser(s). **SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

**SOME STATES DO NOT ALLOW FOR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

| | | |
|---|---|---|
| c. N/A | $ | 0.00 |
| Total Payments Made Toward Purchase (a + b - c) | $ | 60,634.92 |
| 8. Other Credits | | |
| a. N/A | $ | 0.00 |
| 9. Net Balance Due from the Buyer (6 - (7 + 8a)) | $ | 0.00 |

Cash  X   Financed N/A  Finance Co. N/A

**SAFETY RECALLS**: **YOU ACKNOWLEDGE THAT YOU HAVE REVIEWED THE SAFETY RECALL STATUS BEFORE PURCHASE OF THE VEHICLE. CARMAX URGES BUYER TO HAVE ANY SAFETY RECALL WORK DONE IMMEDIATELY FOLLOWING PURCHASE. CARMAX ASSUMES NO RESPONSIBILITY TO INSPECT FOR, REPAIR OR IMPLEMENT RECALLS.**

The owner of a vehicle may be required to spend up to $150.00 for repairs if the vehicle does not meet the vehicle emission standards under Wash. Code Chapter 70.120. Unless expressly warranted by the motor vehicle dealer, the dealer is not warranting that this vehicle will pass any emission tests required by federal or state law.

You acknowledge that you have reviewed a vehicle history report for the Vehicle. You also acknowledge that the Vehicle has the following prior uses, as known at the time of delivery, as:
N/A

By signing, you acknowledge reading the entire Contract (three pages), including any incorporated agreements and the Arbitration Provision, and agree to be bound by all of this Contract's terms and conditions. You certify to being 18 years of age or older and to receiving a fully completed copy of this Contract. This Contract is not binding upon either CarMax or you until signed by an authorized CarMax representative.



| | | | |
|---|---|---|---|
| BUYER SIGNATURE | 08/17/2024 DATE | CO-BUYER SIGNATURE | DATE |

Collin Evans
**CARMAX AUTHORIZED REP. NAME**

*Collin Evans*
**CARMAX AUTHORIZED REP. SIGNATURE**

08/17/2024
**DATE**

Order #:146803
WA BO Rev. Date 11/21

MIS ID: 98000838
08/17/2024 09:20 AM

DMS Tracking #:618710
Reprint #:0

PFF2081
Legal CAA

# CarMax®

Associate: **COLLIN**

Category: **CUSTOMER DEPOSIT**

Customer: **JAMIE JOHN CRANE**

███████████
█████████████████

Print Date: 8/17/2024 09:15:50

Location: **CARMAX - VANCOUVER 7255**

Order Num: **147033**

Stock Num: **25880501**

---

CERT FUNDS

Amount: **$60,634.92**

---

Total: **$60,634.92**





JAMIE CHRISTINA JOHN-CRANE

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER**
6841816

| TITLE NUMBER | ISSUE DATE | EQUIPMENT NUMBER |
|---|---|---|
| OR0005999635 | 08/02/2024 | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2023 | FORD | LL | BRO | 1FMEE5DPXPLB56790 | N/N |

OWNER/LESSEE

TRE JOHN-CRANE, JAMIE CHRISTINA
JCJC LIVING RVOC TR

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 471 | 12/01/2023 |

ODOMETER MESSAGE

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

**USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.**

If there is no change in owners as shown above AND all security interest holders have released interest, one registered owner must sign and date here, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

| SIGNATURE (DOES NOT RELEASE INTEREST) | DATE |
|---|---|
| X | |

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

JOHN-CRANE, JAMIE CHRISTINA
SIH JOHN-CRANE PRIVATE BANK E&T

| SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE |
|---|---|
| X | |
| SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE |
| X | |

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID IF ALTERED OR ERASED

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (11-23)

# VEHICLE PURCHASE AGREEMENT

**KENDALL**

Dealer: KENDALL FORD
Salesperson: DANIEL HERNANDEZ
Salesperson: _____

CUST# 1589242
DEAL# 33287

Purchaser: JAMIE CRISTINA HUDSON          Date: 12/01/2023

Co-Purchaser: _____          Date: 12/01/2023

Address: ~~~~~~~~~  City: ~~~~~~~~~  State: ~~~  Zip: ~~~~  Phone: ~~~~~~~~~

Purchaser hereby agrees to purchase from Dealer, on the terms and conditions specified, the following

New ☒  Vehicle
Used ☐  as set forth below:

| Stock No. | Year | Lic. No. | Make and Description | ID No. |
|---|---|---|---|---|
| F41179 | 2023 | | FORD TRUCK BRONCO | 1FMEE5DPXPLB56799 |

Vehicle Odometer Shows ___471___ Miles

**See Section 2 of the reverse side for your rights if delivery is delayed or the Manufacturer fails to deliver the Vehicle**

## IMPORTANT WARRANTY INFORMATION

DEALER HAS NOT MADE ANY WARRANTY WITH RESPECT TO THIS VEHICLE OR RELATED GOODS OR SERVICES, unless Dealer delivers to Purchaser a separate written warranty. THERE ARE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR ANY OTHER IMPLIED WARRANTIES WITH RESPECT TO THE VEHICLE, GOODS OR SERVICES, unless Dealer delivers to Purchaser a separate written warranty or Purchaser has at the time of sale or within 90 days after the time of sale entered into a service contract in connection with the sale of the Vehicle, in which case such implied warranties shall be limited to the duration of the written warranty or service contract.

## LIMITATION OF DAMAGES

DEALER SHALL NOT BE LIABLE FOR AND PURCHASER SHALL NOT BE ENTITLED TO RECOVER DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, LOSS OF INCOME OR OTHER CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR PUNITIVE DAMAGES. DEALER SHALL NOT BE RESPONSIBLE FOR THE LOSS OF OR DAMAGE TO PURCHASER'S PERSONAL PROPERTY LEFT IN THE VEHICLE OR IN PURCHASER'S TRADE-IN.

## BUYER'S GUIDE DISCLOSURE

The information you see on the window form for this Vehicle forms a part of this Agreement. Information on the window form overrides any contrary provisions in this Agreement.

| TRADE-IN RECORD 1 | TRADE-IN RECORD 2 | | |
|---|---|---|---|
| | | Cash Price of Vehicle at Time of Delivery . . . . . . . . . . . . . N/A | $ 57981.00 |
| Make | Make | Trade-in Allowance Veh 1 $ _____ N/A | |
| | | Trade-in Allowance Veh 2 $ _____ N/A | |
| Year | Year | Less Payoff . . . . . . . $ _____ | $ N/A |
| Model | Model | Net Allowance . . . . . . . . . . . . . . . . | $ 57981.00 |
| | | SUB TOTAL | $ 370.50 |

| Dealer Title and Registration Document Preparation Service Fee $ | | N/A |
|---|---|---|
| Rebates . . . . . . . . . . . . SEE BELOW | $ | 5.10 |
| Sales or Use Tax . . . . . . . . . . . . . . . | $ | N/A |
| Deposit ☐ Credit Card ☐ Cash ☐ Check | $ | 50.00 |
| NET UNPAID BALANCE . . . . . . . . . . . . . | $ | |

| License No. | License No. |
|---|---|
| Vehicle Odometer Shows | Vehicle Odometer Shows |

| | | | |
|---|---|---|---|
| If Purchaser is to secure financing in order to pay for the Vehicle herein described, delivery of the Vehicle is accepted subject to approval of an established financial institution. If Purchaser does not obtain financing and pay the net unpaid balance within five days after the date of this Agreement, Purchaser must immediately return the Vehicle to Dealer and pay the amounts as provided in Section 5 on the reverse side of this Agreement. Delivered subject to credit approval. | | | |
| | FLOOR MATTS | $ | 159.00 |
| | FRSPRY BEAD | $ | 719.00 |
| (X)_____<br>The payoff amount for the Trade-in is estimated. Purchaser will pay to Dealer any shortage if the payoff amount is higher than estimated. Dealer will refund to Purchaser any overage if the payoff amount is lower than estimated.<br>(X)_____ | | | |
| | * UN PRIVILEGE TAX | $ | 296.21 |
| | ** CORP. ACTIVITY TAX SURCHARGE | $ | 235.51 |

| | | |
|---|---|---|
| Purchaser guarantees clear title to Trade-in.<br>(X)_____ | TOTAL ADDITIONAL CHARGES $ | 250.59 |
| | FINANCE CHARGES $ | N/A |
| | CONTRACT BALANCE $ | 59282.62 |

BALANCE to be paid in _____ monthly payments of $ _____ 50082.62

each, payable on the same day of each month beginning 12/02/2023

Annual Percentage Rate _____ 0.00

Dealer can submit Purchaser's personal and financial information to one or more financial institutions in an effort to secure financing for Purchaser on the described terms.

and additional payments as follows: _____

## EXCLUSIVE ARBITRATION AGREEMENT

PURCHASER ACKNOWLEDGES THAT ANY CLAIM, CONTROVERSY OR DISPUTE ARISING OUT OF THIS AGREEMENT OR RELATING TO THE VEHICLE SHALL BE RESOLVED, EXCLUSIVELY AND FINALLY, BY ARBITRATION, AS FURTHER DESCRIBED IN SECTION 10 ON THE REVERSE SIDE OF THIS AGREEMENT.

PURCHASER X_____

LIEN HOLDER TO BE:

_____

PAY OFF TO: _____

_____

## EXTENDED SERVICE PROTECTION WAIVER

Purchaser acknowledges that Dealer offered to sell Purchaser extended service protection. Purchaser elects not to purchase extended service protection. Instead, Purchaser will purchase the Vehicle AS IS, subject to all defects, and will assume the entire cost of any necessary service or repairs, except to the extent of any written warranty delivered by Dealer to Purchaser. PURCHASER WAIVES ALL RIGHTS, IF ANY, TO THE EXTENDED SERVICE PROTECTION.

PURCHASER X_____

PURCHASER REPRESENTS THAT PURCHASER READ AND UNDERSTANDS THE PROVISIONS OF THE AGREEMENT, INCLUDING PROVISIONS PRINTED ON THE REVERSE SIDE, ALL OF WHICH PURCHASER AGREES ARE PART OF THIS AGREEMENT.

_____<br>Signature of Purchaser

_____ Signature of Co-Purchaser<br>ACCEPTED:

By _____<br>Dealer's Representative

ORDER SUBJECT TO APPLICABLE GOVERNMENT REGULATIONS

The Reynolds and Reynolds Company<br>RO607203 Q (05/13)